DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANTHONY DEAN JONES, | ) | CASE NO. 5:11CV2345 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT ENTRY |
| vs. | ) | |
| | ) | |
| | ) | |
| MS. LINDSEY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This court having contemporaneously filed its Memorandum Opinion in this case, it is therefore ORDERED that this action is dismissed without prejudice for failure to exhaust administrative remedies. Further, the court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.


November 17, 2011            s/David D. Dowd, Jr.
Date                         DAVID D. DOWD, JR.
                             UNITED STATES DISTRICT JUDGE